**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000764
22-NOV-2024
08:02 AM
Dkt. 15 OAWST**

NO. CAAP-24-0000764

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

A.B., fka A.R., Plaintiff-Appellee, v.
E.R., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV201007833)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of the Stipulation and Order to Dismiss Appeal No. CAAP-24-0000764 (Stipulation), filed November 18, 2024, by self-represented Defendant-Appellant E.R., the papers in support, and the record, it appears that (1) the filing fees have been paid but the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal, that on or before November 18, 2024, E.R. shall pay Plaintiff-Appellee A.B. $500.00 for attorneys' fees and costs incurred in this appeal, and no other attorneys' fees and costs in this appeal shall be paid by either party; (3) the Stipulation is signed by all appearing parties and A.B.'s counsel; and (4) dismissal is authorized by HRAP Rule 42(a), because the appeal has not been docketed.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  E.R. shall pay $500.00 to A.B. for attorneys' fees and costs in this appeal, and no other attorneys' fees and costs in this appeal shall be paid by either party.

DATED:  Honolulu, Hawaiʻi, November 22, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge